UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERNELL LEIBERT,

                        Plaintiff,

           -against-                                    26 CIVIL 002360 (LTS)

CITY OF NEW YORK, NEW YORK CITY                         CIVIL JUDGMENT
DEPARTMENT OF CORRECTIONS, AND
JOHN DOE CORRECTIONS OFFICERS #1-
12.,

                        Defendants.

For the reasons stated in the April 29, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

        SO ORDERED.

Dated:    May 1, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge